IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
_____ DIVISION

<u>Dontag Uranious Carr</u>
(Print your full name)

    Plaintiff *pro se*,

v.

<u>Yrc Yellow Corporation</u>
<u>Marietta, Georgia</u>
<u>1692 Airport Industrial</u>
(Print full name of each defendant; an employer is usually the defendant)

    Defendant(s).

Jesse Operation Manger

CIVIL ACTION FILE NO.

**1:22-CV-3121**

(to be assigned by Clerk)

## *PRO SE* EMPLOYMENT DISCRIMINATION COMPLAINT FORM

### Claims and Jurisdiction

1. This employment discrimination lawsuit is brought under (check only those that apply):

    **Yes**    Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e <u>et seq.</u>, for employment discrimination on the basis of race, color, religion, sex, or national origin, or retaliation for exercising rights under this statute.

    > **NOTE**: To sue under Title VII, you generally must have received a notice of right-to-sue letter from the Equal Employment Opportunity Commission ("EEOC").

Page 1 of 9

    \_\_\_\_    Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 et seq., for employment discrimination against persons age 40 and over, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Age Discrimination in Employment Act, you generally must first file a charge of discrimination with the EEOC.

    \_\_\_\_    Americans With Disabilities Act of 1990, 42 U.S.C. §§ 12101 et seq., for employment discrimination on the basis of disability, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Americans With Disabilities Act, you generally must have received a notice of right-to-sue letter from the EEOC.

    ✓    Other (describe) _Title 1 1991 U.S. EEOC Civil Rights Act – damages in cases of intentional discrimination_

2. This Court has subject matter jurisdiction over this case under the above-listed statutes and under 28 U.S.C. §§ 1331 and 1343.

## Parties

3. Plaintiff. Print your full name and mailing address below:

   Name _Dontrag Uranus Carr_

   Address _270 Cobb Parkway South 140-138_
   _Marietta, Georgia 30060_

4. Defendant(s). Print below the name and address of each defendant listed on page 1 of this form:

   Name _Jesse Operation Manager Yrc Yellow_
   Address _1892 Airport Industrial_
   _Marietta, Georgia 30060_

   Name _Cameron Safety Instructor Yrc Yellow_
   Address _1892 Airport Industrial_
   _Marietta, Georgia 30060_

   Name _Eric Smith/witness Yrc Yellow_
   Address _1892 Airport Industrial_
   _Marietta, Georgia 30060_

## Location and Time

5. If the alleged discriminatory conduct occurred at a location different from the address provided for defendant(s), state where that discrimination occurred:

   _no_

Page 3 of 9

6.  When did the alleged discrimination occur? (State date or time period)

    February 3rd, 2022
    Yrc Yellow 1892 Airport Industrial
    Marietta, Georgia 30060

### Administrative Procedures

7.  Did you file a charge of discrimination against defendant(s) with the EEOC or any other federal agency?    ✓ Yes    ___ No

    If you checked "Yes," attach a copy of the charge to this complaint.

8.  Have you received a Notice of Right-to-Sue letter from the EEOC?

    ✓ Yes    ___ No

    If you checked "Yes," attach a copy of that letter to this complaint and state the date on which you received that letter: Yes

9.  If you are suing for **age discrimination**, check one of the following:

    ___ 60 days or more have elapsed since I filed my charge of age discrimination with the EEOC

    ___ Less than 60 days have passed since I filed my charge of age discrimination with the EEOC

Page 4 of 9

10. If you were employed by an agency of the State of Georgia or unsuccessfully sought employment with a State agency, did you file a complaint against defendant(s) with the Georgia Commission on Equal Opportunity?

    \_\_\_\_\_ Yes       ✓ No       \_\_\_\_\_ Not applicable, because I was not an employee of, or applicant with, a State agency.

    If you checked "Yes," attach a copy of the complaint you filed with the Georgia Commission on Equal Opportunity and describe below what happened with it (i.e., the complaint was dismissed, there was a hearing before a special master, or there was an appeal to Superior Court):

    _____
    _____
    _____
    _____

11. If you were employed by a Federal agency or unsuccessfully sought employment with a Federal agency, did you complete the administrative process established by that agency for persons alleging denial of equal employment opportunity?

    \_\_\_\_\_ Yes       ✓ No       \_\_\_\_\_ Not applicable, because I was not an employee of, or applicant with, a Federal agency.

    If you checked "Yes," describe below what happened in that administrative process:

    _____
    _____
    _____
    _____

## Nature of the Case

12. The conduct complained about in this lawsuit involves (check only those that apply):

    _____ failure to hire me
    _____ failure to promote me
    _____ demotion
    _____ reduction in my wages
    __✓__ working under terms and conditions of employment that differed from similarly situated employees
    _____ harassment
    __✓__ retaliation
    __✓__ termination of my employment
    _____ failure to accommodate my disability
    _____ other (please specify) _____

13. I believe that I was discriminated against because of (check only those that apply):

    __✓__ my race or color, which is  Afro-American/black
    _____ my religion, which is _____
    _____ my sex (gender), which is _____ male _____ female
    __✓__ my national origin, which is  Afro-American
    _____ my age (my date of birth is _____ )
    _____ my disability or perceived disability, which is: _____
    _____ my opposition to a practice of my employer that I believe violated the federal anti-discrimination laws or my participation in an EEOC investigation
    __✓__ other (please specify)  wrongful termination

14. Write below, as clearly as possible, the essential facts of your claim(s). Describe specifically the conduct that you believe was discriminatory or retaliatory and how each defendant was involved. Include any facts which show that the actions you are complaining about were discriminatory or retaliatory. Take time to organize your statements; you may use numbered paragraphs if you find that helpful. Do not make legal arguments or cite cases or statutes.

as a probationary employee the ATTendance policy does not apply as a regular employee. I was not given a verbal warning as other employees, friends familar employees. I was only told of being fired for a tardy but I got sick at work and my supervisors agreed to send me home. I questioned them I was on a 30 day probation they said I was okay. My Safety Instructor said it was not a tardy. Two days later Jsree Operation manager told me I was being fired for a tardy he got upset told me "NIGGER you aint got no set skills, this job aint for you, you dont belong here, you should have been a casual, ect.
✗ SEE Witness Complaint

(Attach no more than five additional sheets if necessary; type or write legibly only on one side of a page.)
✗ Two sheets are Attached Exhibits Pages 1 & 2

15. Plaintiff     ____ still works for defendant(s)
                  __✓__ no longer works for defendant(s) or was not hired

16. If this is a disability-related claim, did defendant(s) deny a request for reasonable accommodation?     ____ Yes     ____ No

    If you checked "Yes," please explain: _____
    _____
    _____
    _____
    _____

17. If your case goes to trial, it will be heard by a judge unless you elect a jury trial. Do you request a jury trial?     ____ Yes     __✓__ No

## Request for Relief

As relief from the allegations of discrimination and/or retaliation stated above, plaintiff prays that the Court grant the following relief (check any that apply):

____ Defendant(s) be directed to _____
_____

____ Money damages (list amounts) _____
_____

__✓__ Costs and fees involved in litigating this case

____ Such other relief as my be appropriate

## PLEASE READ BEFORE SIGNING THIS COMPLAINT

Before you sign this Complaint and file it with the Clerk, please review Rule 11 of the Federal Rules of Civil Procedure for a full description of your obligation of good faith in filing this Complaint and any motion or pleading in this Court, as well as the sanctions that may be imposed by the Court when a litigant (whether plaintiff or defendant) violates the provisions of Rule 11. These sanctions may include an order directing you to pay part or all of the reasonable attorney's fees and other expenses incurred by the defendant(s). Finally, if the defendant(s) is the prevailing party in this lawsuit, costs (other than attorney's fees) may be imposed upon you under Federal Rule of Civil Procedure 54(d)(1).

Signed, this __8__ day of __August__, 20__22__

__Dontay Uranius Carr__
(Signature of plaintiff *pro se*)

__DonTAG Uranius Carr__
(Printed name of plaintiff *pro se*)

__270 Cobb Parkway South 140-138__
(street address)

__Marietta, Georgia 30060__
(City, State, and zip code)

__dontayc@gmail.com__
(email address)

__404-345-1659__
(telephone number)

1:22-CV-3121

THIS IS A CHARGE OF DISCRIMINATION COMPLAINT #410-2022-03011 U.S.EEOC/UNITED STATES EQUAL EMPLOYMENT OPPURTUNITY COMMISSION ATLANTA DISTRICT RIGHT-TO-SUE ISSUED UPON REQUEST by PAUL CHUNG U.S.EEOC/UNITED STATES EQUAL EMPLOYMENT OPPURTUNITY COMMISSION ATLANTA DISTRICT SYSTEMATIC INVESTIGATOR.THE U.S.EEOC/UNITED STATES EQUAL EMPLOYMENT OPPURTUNITY COMMISSION CIVIL RIGHTS ACT  OF 1991 TITLE 1 FEDERAL CIVIL RIGHTS REMEDIES U.S.EEOC states:damages in cases of intentional discrimination SECTION-1977a & THE U.S.EEOC/UNITED STATES EQUAL EMPLOYMENT OPPURTUNITY COMMISSION CIVIL RIGHTS ACT OF 1964 TITLE 7 PROHIBITS EMPLOYMENT BASED ON RACE,COLOR,RELIGION,SEX,AND NATIONAL ORGIN;THERFOR I MYSELF DONTAG URANIOUS CARR IS FILING A FEDERAL LAWSUIT HERE IN U.S.FEDERAL COURT 22nd.FLOOR RICHARD B.RUSSELL BUILDING 75 TED TURNER ATLANTA GEORGIA/U.S.EEOC-UNITED STATES EQUAL EMPLOYNENT OPPURTUNITY COMMISSION SAM NUNN ATLANTA FEDERAL BUILDING 100 ALABAMA STREET ATLANTA,GEORGIA: for an unlawful discrimination and wrongful termination offenses vs.YRC YELLOW CORPORATION MARIETTA,GEORGIA whom JESSE OPERATION MANAGER for YRC YELLOW CORPORATION MARIETTA,GEORGIA did the termination.THE FIRST CHARGE OF DISCRIMINATION IS UNLAWFUL DISCRIMINATION:.as a 30 day probationary employee the YRC YELLOW CORPORATION ATTENDANCE POLICY does not apply to probation employees until successful probation period 30 days is complete EXIBIT A DOCUMENT;yet still that doesn't explain why the SEPERATION INFORMATION does not describe the termination as a tardy.However I got sick at work and had to leave because I could not operate my forklift which I discussed with the YRC YELLOW CORPORATION SUPERVISORS they agreed to send me home.I question the SUPERVISORS that I was on a 30 day probation to become a regular employee they both said no problem you will okay.I returned the next day my SAFETY INSTRUCTOR CAMERON had a safety meeting in which I explained to him I got sick at work and later that evening I had to leave CAMERON told me I was fine it was not a tardy.On FEBUARY 3rd.2022 two days later I was told by TED OVERTIME SUPERVISOR that JESSE OPERATION MANAGER wanted to see me in his office.I went to see JESSE OPERATION MANAGER at an office he was alone sitting at a desk and told me that I was being fired for a tardy and for me to sign the termination document.I looked at the document it was already signed with his name but there was not a witness either or my named signed yet however I got suspicious something was wrong and I read the document and seen an wrong employee probation date of FEBUARY 24,2022 instead of JANUARY 24,2022,so I told JESSE OPERATION MANAGER the date is wrong but JESSE OPERATION MANGER got upset and told me "NIGGER YOU AINT GOT NO SET SKILLS,THIS JOB AINT FOR YOU,YOU DONT BELONG HERE,YOU SHOULD HAVE BEEN A CASUAL",so I told him do not use the N-WORD on me do not call me a NIGGER again.JESSE OPERATION MANAGER then told me that I was going to get another SEPERATION NOTICE mailed to me in two weeks.I signed the SEPERATION NOTICE and was fired before a witness was there at the meeting because JESSE already had his name signed but I didn't even see him sign his name and the witness didn't see me sign my name as well or JESSE name;this act of wrongful termination is also known as SYSTEMATIC RACISM because JESSE OPERATION MANAGER YRC YELLOW MARIETTA,GA. used unlawful procedures to commit racial and discrimination attacks it can also be defined as unlawful discrimination as well.After I signed the SEPERATION NOTICE JESSE OPERATION MANAGER walked to the office door and called ERIC SMITH witness to sign the SEPERATION NOTICE and told the witness I was being fired for a tardy and ERIC SMITH witness replied "oh so your firing him for a tardy?,JESSE OPERATION MANAGER said to ERIC SMITH witness he missed his bid,ERIC SMITH witness then replied he will get a xerox copy and JESSE OPERATION MANAGER because ERIC SMITH witness did not know what JESSE OPERATION MANAGER was talking about so JESSE OPERATION MANAGER  told ERIC SMITH witness he will get another copy mailed to him,JESSE OPERATION MANAGER lied about the tardy and would not speak to me  after I was  fired;there was no evaluation of a tardy with ERIC SMITH witness he was only there to sign the SEPERATION NOTICE.ERIC SMITH witness came back into the office after he got a xerox copy and I asked him when was I going to get my first check ERIC SMITH witness told me 3 weeks and I left.I later called YRcC YELLOW HUMAN RESOURCES AND FILED MY CONTINGENCY LEGAL ATTORNEY & FILED MY CHARGE OF DISCRIMINATION WITH THE ATLANTA DISTRICT U.S.EEOC/UNITED  STATES EQUAL EMPLOYMENT OPPURTUNITY COMMISSION.THE CHARGE OF DISCRIMINATION OFFENSE COMMITTED IS "unlawful

discrimination-because I was a probationary employee and not a regular employee however the U.S.EEOC/UNITED STATES EQUAL EMPLOYMENT OPPURTUNITY COMMISSION TITLE 1 & TITLE 7 CIVIL RIGHTS ACT DISCRIMINATION LAWS apply to both regular employees and probation employees including minimum wages,disabilities,SEPERATION notices,& workers compensation.I was only told that I was being fired for a tardy however the YRC YELLOW CORPORATION SEPERATION NOTICE INFORMATION does not furnish timely SEPERATION INFORMATION INSTRUCTIONS not describing the conduct behavior reason for termination of a tardy.Then if the U.S.EEOC ADMINISTRATOR JUDGE/UNITED STATES EQUAL EMPLOYMENT OPPURTUNITY COMMISSION ADMINISTRATOR JUDGE determines the tardy rule finding is unfair it is automatically "unlawful discrimination .I knew I was being discriminated against because I was a probationary employee which JESSE OPERATION MANAGER would not have terminated a regular employee, familar employee,seniority,and freinds for a tardy.It was very unfair to me as I see it being "unlawful discrimination".THE SECOND OFFENSE COMMITTED BY JESSE OPERATION MANAGER is "wrongful termination",the probation date of FEBUARY 24,2022 is supposed to be JANUARY 24 ,2022 which I told JESSE OPERATION MANAGER he got upset called me "NIGGER YOU AINT GOT NO SET SKILLS etc..,,and JESSE OPERATUON MANAGER told me I was supposed to get another copy mailed to me however the second copy that was mailed to me has only the JANAUARY 24,2022 probationary date corrected but there is no signatures,no SEPERATION information of being fired for a tardy and it was sent to me later 4 months after the FEBUARY 3,2022 termination date.US.DEPARTNENT OF LABOR RULE 300-2-7-06 requires employers to furnish timely SEPERATION information on the last day of work regardless of a terminated employee or a separated employee with printed instructions.THE YRC YELLOW CORPORATION ARTICLE 41 on the SEPERATION NOTICE only describes the 30 day probation period but does not furnish any SEPERATION information conduct reasons for an termination which the employer is supposed to provide for regular employees and probation employees.It was unfair to me as JESSE OPERATION MANAGER would have provided timely SEPERATION INFORMATION to regular employees,familar employees,seniority,and freinds;it was wrongful terminationJESSE OPERATION MANAGER had no reason to terminatie me he violated the 30 day probation period for no reason.THE EXHIBIT DOCUMENTS IS FROM MY EMPLOYMENT AT YRC YELLOW CORPORATION MARIETTA,GA..THE EXIBIT DOCUMENTS ENCLOSED WILL TAKE THE U.S.EEOC ADMINISTRATOR JUDGE ATLANTA DISTRICT STEP BY STEP FOR MY CHARGE OF DISCRIMINATION EVIDENCE;THE EXHIBIT DOCUMENTS ARE AS FOLLOWS:EXHIBIT PAGES 1&2 is my ATLANTA DISTRICT U.S.EEOC RIGHT-TO-SUE ISSUED UPON REQUEST BY SYSTEMATIC INVESTIGATOR PAUL CHUNG.THERE IS NO ENCLOSURES/EXHIBIT A IS THE YRC YELLOW ATTENDANCE POLICY THAT IS THE SEPERATION INFORMATION THAT WAS SUPPOSED TO BE ON THE SEPERATION NOTICE FOR A TARDY/EXHIBIT A-1 IS THE YRC YELLOW SENIORITY AGREEMENT WITH THE CORRECT DATE JANUARY 24,2022 30 day probationary period/EXHIBIT B IS THE YRC YELLOW SEPERATION NOTICE WITH THE WRONG DATE OF FEBUARY 24,2022 instead of the correct date JANUARY 24,2022/EXHIBIT B-1 IS THE MAILED SEPERATION NOTICE SENT TO ME 4 MONTHS AFTER THE FEBUARY 3,2022 TERMINATION.IT IS BLANK SEOERATION NOTICE WITH THE CORRECT DATE JANUARY 24,2022/EXHIBIT B-2 is THE UNITED STATES DEPARTMENT OF LABOR RULE 300-2-7-06 EMPLOYERS FURNISHING SEPERATION INFORMATION./EXHIBIT C IS THE YRC YELLOW BADGE ONCE DATA ENTRY SHOWS MY SATISFACTORY WORK AS AN FORKLIFT OPERATOR/EXHIBIT D IS THE LETTER OF WITHDRAWL BY BARRETT & FARAHANY FONTENEAU LEGAL ASSISTANT AS TO AN CHARGE AMMENDMENT AUDIT LINE 11 was wrong immediately denounced them to represent me in U.S.FEDERAL COURT,therfor the audit cannot be used as well.I WILL LAST SAY I HOPE THE U.S.EEOC ATLANTA DISTRICT ADMINISTRATION JUDGE TAKE THESE FACTORS INTO CONSIDERATION AND MY U.S.FEDERAL LAWSUIT IS TO THE FULLEST EXTENT OF THE U.S.EEOC DISCRIMINATION CIVIL RIGHTS ACT TITLE 1 & TITLE 7;THERFOR I SEEK A COMPENSATION MAXIUM AGAINST YRC YELLOW CORPORATION 30,000 employees for $300,000.00 THANK YOU VERY MUCH DONTAG URANIOUS CARR.

*Title 1 & Title 7*
*Compensation $300,000.00*

*Dontag Uranus Carr* (signature)

Enclosure with EEOC
Form 161-B (01/2022)

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court <u>under Federal law</u>.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- Equal Pay Act (EPA):

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than <u>2 years (3 years)</u> before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit <u>before 7/1/10</u> – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- Title VII, the ADA or GINA:

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- All Statutes:

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request <u>within 6 months</u>** of this Notice. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*



Exhibit page #1

EEOC Form 161-B (01/2022)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| To: | DONTAG U. CARR Sr.<br>270 COBB PARKWAY SOUTH 140-138<br>MARIETTA, GA 30060 | From: | Atlanta District Office<br>100 Alabama Street, SW, Suite 4R30<br>Atlanta, GA 30303 |
|---|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 410-2022-03011 | Paul Chung,<br>Systemic Investigator | 460-531-4770 |

*(See also the additional information enclosed with this form.)*

### NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

  Less than 180 days have elapsed since the filing date. I certify that the Commission's processing of this charge will not be completed within 180 days from the filing date.

  The EEOC is terminating its processing of this charge.

*Equal Pay Act (EPA):* You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Digitally Signed By: Darrell Graham
06/02/2022

Enclosures(s)

**Darrell Graham**
**District Director**

EXHibit Page #2

1-17-14

### Exhibit A

### National Uniform Attendance Policy
### All Regions and Supplements of the NMFA

The parties agree that the purpose of attendance disciplinary action is to correct an employee's behavior. Continued disregard of attendance obligation will result in discharge if the employee fails to change the behavior.

Disciplinary Progressions for Absenteeism or Tardiness:

| | |
|---|---|
| First Offense: | Verbal Warning |
| Second Offense: | Warning Letter |
| Third Offense: | One (1) Day Suspension |
| Fourth Offense: | Three (3) Day Suspension |
| Fifth Offense: | Discharge |

Progressions will be followed in all instances unless extraordinary circumstances dictate an accelerated or decelerated progression. Examples of an accelerated progression would be No Call/No Shows or blatant abuse of time off. An example of decelerated progression would be a long time period between absences.

Discipline may be issued on all unexcused absences. Committees may consider timely, bona fide, verifiable doctors excuses in determining the validity of disciplinary action. Proper communication on all absences is the employee's responsibility.

The Employer may discharge an employee who has received two letters of suspension as long as the letters resulted in agreed to or a committee's action discipline.

-10-


Exhibit A



*Tuesday - Saturday*
*14:00 - 22:30*

*This week*
*Wed - Sat*
*14:00 - 22:30*

1892 Airport Industrial Park Dr
Marietta, GA 30060

## SENIORITY AGREEMANT

January 24, 2022

Name: Dontay Carr                    EMP ID: <u>240763</u>

**You are hereby notified that <u>01/24/22</u>** marks the beginning of your thirty day probationary period with YRC Freight and is pursuant to the National Master Freight Agreement and the Southern Region Supplemental Agreement.

You shall be employed only on a thirty (30) day trial basis during which period you may be discharged without further recourse. Unless your application has been falsified, upon the successful completion of the thirty (30) day probationary period, <u>01/24/22</u> will be your company and terminal seniority date at YRC, Inc. waiving all claims to any prior seniority.

_____          1/24/22
Company Representative                   Date

_____          1/24/22
Employee                                 Date

_____          1/24/2022
Witness                                  Date

**Exhibit A1**                           Time Stamp _____

**YRC FREIGHT**

1892 Airport Industrial Park Dr
Marietta, GA 30060

February 3, 2022

Cert Mail #'s
Emp: 7020 2450 0001 3400 0431
Union: 7020 2450 0001 3400 0448

2.3.22

Dontay U. Carr
270 Cobb Pkwy S 140-#138
Marietta, GA 30060

By reason of your conduct as described below, it is necessary to issue this notice of **Termination.**

On *February 24, 2022,* you began your probationary period with YRC Freight, as outlined in Article 41 of the current labor agreement.

Pursuant to Article 41 you are hereby being terminated in conjunction with Article 41 which states in Part: *"A probationary employee, being considered for regular employment, shall work under the provisions of this Agreement, but shall be employed on a thirty (30) day trial basis, during which period he/she may be discharged without further recourse; provided, however, that the Employer may not discharge or discipline for the purpose of evading this Agreement or discriminate against Union members."*

Based on the above you are hereby discharge in accordance with Article 41 of the current labor agreement.

Please find enclosed all monies due or those monies will be provided in conjunction with the current labor agreement.

_Dontay U and Carr 2-3-22_
Employee / Date

_Eric Smith 2-3-22_
Union Representative / Date

_[signature] 2-3-22_
Company Representative / Date

**Exhibit B**

**YRC FREIGHT**

1892 Airport Industrial Park Dr
Marietta, GA 30060

February 3, 2022

Cert Mail #'s
Emp: 7015 3010 0002 1314 9601
Union: 7014 0510 0001 5426 2624

Dontay U. Carr
270 Cobb Pkwy S 140-#138
Marietta, GA 30060

By reason of your conduct as described below, it is necessary to issue this notice of **Termination.**

On *January 24, 2022,* you began your probationary period with YRC Freight, as outlined in Article 41 of the current labor agreement.

Pursuant to Article 41 you are hereby being terminated in conjunction with Article 41 which states in Part: *"A probationary employee, being considered for regular employment, shall work under the provisions of this Agreement, but shall be employed on a thirty (30) day trial basis, during which period he/she may be discharged without further recourse; provided, however, that the Employer may not discharge or discipline for the purpose of evading this Agreement or discriminate against Union members."*

Based on the above you are hereby discharge in accordance with Article 41 of the current labor agreement.

Please find enclosed all monies due or those monies will be provided in conjunction with the current labor agreement.

_____
Employee / Date

_____
Union Representative / Date

_____
Company Representative / Date

Exhibit B1

Rule 300-2-7-.06 - Notices Required From Employers Furnishing Separation Information

(1) Employers are required to complete Form DOL-800, "Separation Notice", for each worker separated regardless of the reason for separation (except when mass separation Form DOL-402 and Form DOL-402A notices are filed).

(a) The "Separation Notice" must be completed, signed by the employer or authorized agent, dated and delivered to the separated employee on the last day of work in accordance with printed instructions on the Form DOL-800.



Exhibit B2

(b) If the employee is no longer available at the time employment ceases, the notice shall be mailed to the last known address of the employee within three (3) days of the date that the separation occurred or became known to the employer.

(c) A copy of Form DOL-800, properly executed by the former employer as required by Georgia law, shall be presented to the Georgia Department of Labor local office by any individual filing a claim for unemployment insurance.

🔒 casetext.com



EXHibit C



March 11, 2022

SENT VIA EMAIL: dontayc@gmail.com

Dontagg Carr
270 Cobb Parkway South, 140-138
Marietta, GA 30060

Re:     Termination of Representation

Dear Dontagg:

Thank you for contacting our firm concerning your legal problem. This letter is to notify you that we are terminating our representation agreement with you and our legal representation on your behalf. You are free to seek representation with another attorney.

We would suggest and encourage you to immediately contact other attorneys to discuss the case with them if you intend on pursuing your case.

We wish you luck and will cooperate with any lawyers with whom you request that we share information.

Yours very truly,

Kira Fonteneau
Attorney at Law

Exhibit D